

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:        01-14-00221-CR

Style:               David Leon Purnell

                     **v** The State of Texas

Date motion filed[*]:   August 18, 2014

Type of motion:      Second motion for extension of time in which to file appellate brief

Party filing motion: Appellant

Document to be filed: Appellant's brief

If motion to extend time:

    Original due date:        June 19, 2014

    Number of extensions granted:    1        Current Due date:  August 20, 2014

    Date Requested:           September 20, 2014

Ordered that motion is:

    ☑    Granted

        If document is to be filed, document due:  September 22, 2014

        ☑    No further extensions of time will be granted

    ☐    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐    Other: _____

   **The motion is granted.  The appellant's brief is ordered filed no later than September 22, 2014.  No further extensions will be granted.**

Judge's signature: /s/ Sherry Radack

                ☒ Acting individually      ☐ Acting for the Court

Panel consists of _____

Date:  August 26, 2014

November 7, 2008 Revision